COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       R. T. Hardge v. The State of Texas

Appellate case number:    01-15-00815-CR

Trial court case number:   1223224

Trial court:                      180th District Court of Harris County

Proceeding pro se, appellant, R.T. Hardge, filed a notice of appeal of the trial court's order regarding post-conviction DNA testing. On October 26, 2016, the district clerk filed a supplemental clerk's record that includes the trial court's order, appointing Leah M. Borg to represent appellant on appeal. On November 8, 2016, we reinstated the case on the Court's active docket.

The clerk's record was filed in this appeal on October 16, 2015. On November 15, 2016, the court reporter filed an information sheet indicating that there is no reporter's record in the post-conviction DNA testing proceeding. And, the reporter's record of the March 31, 2016 abatement hearing indicates that there was not a hearing on the motion for DNA testing. Accordingly, appellant's brief is due to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a).

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd
                          ☑ Acting individually

Date:  November 22, 2016